UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:11-CR- 506t27 EAJ

SANJEEV GROVER,  21 U.S.C. §§ 841(a)(1), 841(b)(1)(C),
and 841(b)(1)(D)
21 U.S.C. § 853(Forfeiture)

## INDICTMENT

The Grand Jury charges:



## COUNT ONE

On or about April 12, 2011, in the Middle District of Florida, the defendant herein,

SANJEEV GROVER,

did knowingly and intentionally act outside the scope of professional practice by dispensing and distributing, and causing to be dispensed and distributed, quantities of a Schedule II Controlled Substance, to wit: Oxycodone.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 841(b)(1)(D), and 846 and United States Code, Section 2.

## COUNT TWO

On or about April 20, 2011, in the Middle District of Florida, the defendant herein,

SANJEEV GROVER,

did knowingly and intentionally act outside the scope of professional practice by dispensing and distributing, and causing to be dispensed and distributed, quantities of a Schedule II Controlled Substance, to wit: Oxycodone.



All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 841(b)(1)(D), and 846 and United States Code, Section 2.

### COUNT THREE

On or about May 17, 2011, in the Middle District of Florida, the defendant herein,

SANJEEV GROVER,

did knowingly and intentionally act outside the scope of professional practice by dispensing and distributing, and causing to be dispensed and distributed, quantities of a Schedule II Controlled Substance, to wit: Oxycodone.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 841(b)(1)(D), and 846 and United States Code, Section 2.

### COUNT FOUR

On or about June 7, 2011, in the Middle District of Florida, the defendant herein,

SANJEEV GROVER,

did knowingly and intentionally act outside the scope of professional practice by dispensing and distributing, and causing to be dispensed and distributed, quantities of a Schedule II Controlled Substance, to wit: Oxycodone.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 841(b)(1)(D), and 846 and United States Code, Section 2.

### COUNT FIVE

On or about June 9, 2011, in the Middle District of Florida, the defendant herein,

SANJEEV GROVER,

did knowingly and intentionally act outside the scope of professional practice by

dispensing and distributing, and causing to be dispensed and distributed, quantities of a Schedule II Controlled Substance, to wit: Oxycodone.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 841(b)(1)(D), and 846 and United States Code, Section 2.

## **FORFEITURES**

1. The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2. From his engagement in any or all of the violations alleged in Counts One through Five of the Indictment, punishable by imprisonment for more than one year, defendant,

SANJEEV GROVER,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of his right, title and interest in:

    a. property constituting and derived from any proceeds defendants obtained, directly or indirectly, as a result of such violations; and

    b. property used and intended to be used in any manner or part to commit or to facilitate the commission of such violations.

3. The specific property to be forfeited includes, but is not limited to:

    a. Defendant's DEA Registration Number FG1128443;

    b. Defendant's Florida Medical License Number ME90614; and

    c. Gross proceeds received by defendant from illegal acts charged in Counts One through Five.

4. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States will seek, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL,

_____
FOREPERSON

ROBERT E. O'NEILL
United States Attorney

By: _____
MARIA CHAPA LOPEZ
Assistant United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Narcotics Section

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

SANJEEV GROVER

## INDICTMENT

Violations:

Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(D), and 841(b)(1)(C)

A true bill,

_____
Foreperson

Filed in open court this 29th day
of September, A.D., 2011.

_____
Clerk

Bail $_____

GPO 863 525

N:\_Criminal Cases\G\GROVER_Sanjeev_2011R02433_mdf_Indictment Back.wpd