UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO: 8:11-cr-506-T-27EAJ

SANJEEV GROVER

**FORFEITURE MONEY JUDGMENT AND**
**PRELIMINARY ORDER OF FORFEITURE FOR SPECIFIC ASSETS**

Before the Court is the United States' Motion for a Forfeiture Money Judgment in the amount of $10,000.00 against defendant Sanjeev Grover, and a Preliminary Order of Forfeiture for the following assets, pursuant to 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2(b)(2):

    a.    Defendant's DEA Registration Number FG1128443; and

    b.    Defendant's Florida Medical License Number ME90614.

Being fully advised in the premises, the Court hereby finds that the United States has established that the defendant obtained $10,000.00 in proceeds as a result of his drug trafficking activities, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D), for which the defendant has been convicted.

The Court further finds that the defendant's Florida Medical License and DEA Registration Number facilitated his drug trafficking offense, and the United States is entitled to forfeit these assets pursuant to 21 U.S.C. § 853.

Accordingly, it is hereby

ORDERED AND ADJUDGED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2(b)(2), defendant Sanjeev Grover is liable to the United States of America for a forfeiture money judgment in the amount of $10,000.00, which represents the amount of proceeds the defendant received as a result of the offense of conviction.

It is FURTHER ORDERED that the defendant's Florida Medical License and DEA Registration Number described above are hereby FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853.

DONE and ORDERED in Tampa, Florida, this $27^{t}$ day of April, 2012.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE